

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

May 31, 2023

<u>Via CM/ECF</u>
The Honorable Mark A. Kearney
United States District Court, Eastern District of Pennsylvania
6613 U.S. Courthouse
Room 6613
601 Market Street
Philadelphia, PA 19106

    RE:    *Guessford v. Douglas*, et al.,
                C.A. No. 23-185-MAK

Dear Judge Kearney,

    The parties write this joint letter in anticipation of filing Your Honor's required Rule 26(f) report, due on June 1, 2023, and attending the Initial Pretrial Conference on June 5, 2023. *See* D.I. 9. While the parties have been working diligently to gather the necessary information required for the report and pretrial conference, our efforts have been delayed due to other forthcoming trials and the general difficulty in gathering evidence from a governmental agency like the Delaware State Police. Defense counsel has also had difficulty communicating with individual officers due to their odd working hours and pre-planned vacations. Therefore, the parties ask for a two-week extension of all deadlines set forth in Your Honor's Order, issued on May 19, 2023. *Id.*

    The parties are available at the Court's convenience to address any questions or concerns this letter may raise.

                                  Respectfully submitted,

                                  /s/ *Nicholas D. Picollelli, Jr.*
                                  Nicholas D. Picollelli, Jr. (#6317)
                                  Deputy Attorney General
                                  Carvel State Office Building
                                  820 N. French Street, 6th Floor
                                  Wilmington, Delaware 19801
                                  (302) 577-8400

The Honorable Mark A. Kearney
RE: *Guessford v. Douglas*, et al.,
C.A. No. 23-185-MAK
May 31, 2023
Page 2

cc:     Ron Poliquin (via CM/ECF)