IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN B. GUESSFORD, | : |
| Plaintiff, | : |
| v. | : |
| | : C.A. No. 23-185-MAK |
| CORPORAL STEPHEN DOUGLAS, | : |
| TROOPER NICHOLAS GALLO, and | : |
| MASTER CORPORAL RAIFORD BOX, | : |
| Defendants. | : |

### NOTICE OF VIDEO DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the Video deposition of **Nicholas Gallo** in the above captioned matter on August 24, 2023 at 9:00 a.m. taking place at The Poliquin Firm, located at the following address:

The Poliquin Firm
1475 S. Governors Ave.
Dover, DE 19904

**THE POLIQUIN FIRM LLC**

/s/ Ronald G. Poliquin, Esquire
 Ronald G. Poliquin, Esquire (ID No. 4447)
1475 S. Governors Ave.
Dover, DE 19904
302-702-5501
ron@poliquinfirm.com

cc via E-Filing:
Nicholas Picollelli