IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN B. GUESSFORD, | : |
| Plaintiff, | : |
| v. | : |
| | : C.A. No. 23-185-MAK |
| CORPORAL STEPHEN DOUGLAS, TROOPER NICHOLAS GALLO, and MASTER CORPORAL RAIFORD BOX, | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned counsel for Defendants Corporal Stephen Douglas, Trooper Nicholas Gallo, and Master Corporal Raiford Box certifies that on June 30, 2023, he caused a true and correct copy of *Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories Directed to Defendants*, to be served via email to:

Ronald G. Poliquin, Esquire
The Poliquin Firm LLC
1475 South Governors Avenue
Dover, DE  19904
ron@poliquinfirm.com
*Attorney for Plaintiff*

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        */s/ Nicholas D. Picollelli, Jr.*
        Nicholas D. Picollelli, Jr. (#6317)
        Deputy Attorney General
        820 North French Street, 6th Fl.
        Wilmington, Delaware 19801
        (302) 577-8400
        Nicholas.Picollelli@delaware.gov
        *Counsel for DSP Defendants*

Dated:  June 30, 2023