

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

July 13, 2023

**Via CM/ECF**
The Honorable Mark A. Kearney
United States District Court, Eastern District of Pennsylvania
6613 U.S. Courthouse
Room 6613
601 Market Street
Philadelphia, PA 19106

RE:   *Guessford v. Douglas*, et al.,
       C.A. No. 23-185-MAK

Dear Judge Kearney,

The parties write this joint letter as required by paragraph 10 of the Scheduling Order in this case. *See* D.I. 15. Plaintiff has served an updated written settlement demand, and Defendants have served their response thereto. Unfortunately, at this time, the parties cannot agree to a settlement in this case. Neither do the parties think that mediation will aid in finding an agreeable resolution. Thus, the parties request that no mediation be scheduled.

The parties are available at the Court's convenience to address any questions or concerns this letter may raise.

Respectfully submitted,

/s/ *Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr. (#6317)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

cc:   Ron Poliquin (via CM/ECF)