# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN B. GUESSFORD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : C.A. No. 23-185-MAK |
| CORPORAL STEPHEN DOUGLAS, | : |
| TROOPER NICHOLAS GALLO, and | : |
| MASTER CORPORAL RAIFORD BOX, | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendants in the above-captioned matter have made an offer of judgment to Plaintiff pursuant to Federal Civil Rule of Procedure 68. This offer was provided to counsel of record via email and shall remain open for fourteen (14) days after service hereof.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr. (#6317)
Deputy Attorney General
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Nicholas.Picollelli@delaware.gov
*Counsel for Defendants*

Dated: August 21, 2023