# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN B. GUESSFORD,            )<br>                                                          )<br>   Plaintiff,                                   )<br>                                                          )<br>   v.                                              )<br>                                                          )<br> CORPORAL STEPHEN DOUGLAS,  )<br> TROOPER NICHOLAS GALLO, and )<br> MASTER CORPORAL RAIFORD BOX, )<br>                                                          )<br>   Defendants.                              ) | C.A. No. 23-185-MAK<br>JURY TRIAL DEMANDED |

## RE-NOTICE OF VIDEO DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the video deposition of Jonathan B. Guessford on August 28, 2023, beginning at 10:00 a.m. The deposition will be held via Zoom and taken before a Notary Public or some other officer duly authorized by law to administer oaths.

Dated: August 21, 2023

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr. (#6317)
Deputy Attorney General
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Nicolas.Picollelli@delaware.gov
*Counsel for Defendants*