# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN B. GUESSFORD<br><br>Plaintiff<br><br>vs.<br><br>CORPORAL STEPHEN DOUGLAS, TROOPER NICHOLAS GALLO, and MASTER CORPORAL RAIFORD BOX, individually and in their official capacities as members of the Delaware State Police,<br><br>Defendants. | CASE NO. 1:23-cv-00185-MAK |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Guessford, by counsel, hereby accepts and provides notice that it has accepted Defendant's August 18, 2023 Offer of Judgment in the amount of $50,000. 8/18/23 *Offer of Judgment* attached as Exhibit 1.

**THE POLIQUIN FIRM LLC**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esq. (ID No. 4447)
1475 S. Governors Ave.
Dover, DE 19904
302-702-5501
ron@poliquinfirm.com

Dated: September 1, 2023