**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JONATHAN B. GUESSFORD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-185-MAK |
| | : | |
| CORPORAL STEPHEN DOUGLAS, | : | |
| TROOPER NICHOLAS GALLO, | : | |
| MASTER CORPORAL RAIFORD | : | |
| BOX | | |

## JUDGMENT ORDER

**AND NOW**, this 1st day of September 2023, upon reviewing Plaintiff's Notice of acceptance (D.I. 30) of Defendants's Offer of judgment (D.I. 30-1) consistent with Federal Rule 68(a), it is **ORDERED** the Clerk of Court shall forthwith enter **JUDGMENT** in favor of the Plaintiff and against the Defendants consistent with the Offer of Judgment (D.I. 30-1) and its acceptance (D.I. 30).

_____
**KEARNEY, J.**