## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN B. GUESSFORD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-185-MAK |
| | : | |
| CORPORAL STEPHEN DOUGLAS, | : | |
| TROOPER NICHOLAS GALLO, | : | |
| MASTER CORPORAL RAIFORD | : | |
| BOX | | |

## ORDER

**AND NOW**, this 1st day of September 2023, following today's entry of Judgment consistent with Federal Rule 68(a), and mindful of our collective obligations to ensure public access, it is **ORDERED**:

1. We **DENY** Plaintiff's Motion to enforce the settlement agreement (D.I. 28) as moot;

2. The Clerk of Court shall **close** the case; and,

3. The entry of judgment under Rule 68 does not excuse the parties' obligations to show cause as to why we should not direct the Clerk of Court lift the seal on Plaintiff's Motion to enforce (D.I. 28) as detailed in our August 30, 2023 Order (D.I. 29) requiring we will direct the Clerk of Court to lift the seal on the Motion to enforce absent timely memoranda explaining why we should not do so under our August 30, 2023 Order.

_____
**KEARNEY, J.**