THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JONATHAN B. GUESSFORD** <br><br> Plaintiff <br><br> vs. <br><br> **CORPORAL STEPHEN DOUGLAS, TROOPER NICHOLAS GALLO, and MASTER CORPORAL RAIFORD BOX, individually and in their official capacities as members of the Delaware State Police,** <br><br> Defendants. | **CASE NO. 1:23-cv-00185 MAK** |

## RESPONSE TO RULE TO SHOW CAUSE

**COME NOW**, the Plaintiff, by and through his counsel, Ronald G. Poliquin, files this in response to the Court's August 30, 2023 Order requesting cause as to why the Court should not forthwith lift the seal on Plaintiff's Motion to Enforcement Settlement (D.I. 28):

1. The Plaintiff filed the Motion to Enforce the Settlement Agreement under seal at the request of Defendants as it involved settlement discussions.

2. The Plaintiff *does not* object to the Court lifting the seal on the motion

and its contents.

3. Plaintiff's counsel apologizes for not requesting leave from the Court to file its motion under seal prior to the filing.

**THE POLIQUIN FIRM, LLC**

/s/ *Ronald G. Poliquin*
Ronald G. Poliquin, Esquire (No. 4447)
1475 S. Governors Ave.
Dover, DE 19904
(302) 702-5501
*Attorney for Plaintiff*

Date: September 1, 2023