IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN B. GUESSFORD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-185-MAK |
| | : | |
| CORPORAL STEPHEN DOUGLAS, TROOPER NICHOLAS GALLO, MASTER CORPORAL RAIFORD BOX | : | |

## ORDER

AND NOW, this 6th day of September 2023, upon considering the parties' Responses (D.I. 33, 34) to our August 30, 2023 Order (D.I. 29) requiring the parties show cause as to the unilateral sealing of the Plaintiff's Motion to enforce a settlement agreement (D.I. 28), mindful Plaintiff thereafter filed a notice of acceptance of offer (D.I. 30) publicly disclosing the terms of the financial terms of the settlement through the Defendants' public offer of judgment but noting Plaintiff's Motion (D.I. 28) references non-monetary terms, it is **ORDERED** we grant Defendants leave to, by no later than September 11, 2023, file a supplemental Memorandum describing a basis for a line by line redaction of challenged disclosures not exceeding five pages and attaching a proposed version of the Plaintiff's Motion (D.I. 28) redacting only those matters not already publicly disclosed and for which the parties can demonstrate particularized harm from disclosure regarding public officials or we will lift the seal on Plaintiff's Motion to enforce (D.I. 28).

KEARNEY, J.