**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JONATHAN B. GUESSFORD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-185-MAK** |
| | : | |
| **CORPORAL STEPHEN DOUGLAS,** | : | |
| **TROOPER NICHOLAS GALLO,** | : | |
| **MASTER CORPORAL RAIFORD** | : | |
| **BOX** | | |

## ORDER

**AND NOW**, this 12th day of September 2023, upon reviewing Defendants' Response (D.I. 36) to our August 30, 2023 and September 6, 2023 Orders (D.I. 29, 35) including the attached Motion (D.I. 36-1), and finding good cause for a limited redaction of non-monetary settlement terms relating to post-compensation assurances for a set time, it is **ORDERED** the Clerk of Court shall:

1. Maintain the seal on Plaintiff's Motion (D.I. 28) until **March 29, 2024** unless further extended by Order upon a showing of continued particularized harm; and,

2. File the redacted Motion (D.I. 36-1) docketed as a "Notice of partially redacted Motion to enforce (D.I. 28)".

*[signature]*
**KEARNEY, J.**